IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| **DERRICK LAMONT SMITH**, | ) | CRIMINAL NO: 4:05-892 |
| Petitioner, | ) | CIVIL NO: 4:09-70052 |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **ORDER** |
| Respondent. | ) | |

The United States of America ("Government") filed a response and motion for summary judgment in this 28 U.S.C. § 2255 proceeding on February 5, 2010. (Docs. #105, #106). The attorney(s) for the petitioner are directed to file a response, if they so choose, to the Government's motion within 30 days of the entry of this Order.

**IT IS SO ORDERED.**

                                                s/ Terry L. Wooten
                                           United States District Judge

April 26, 2010
Florence, South Carolina